In the Matter of the Claim of LIZZIE WAKEFIELD, Respondent, against WORLD-TELEGRAM et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted April 21, 1937; decided May 25, 1937.

*James P. Allen, Jr.,* and *John P. Smith* for appellants.

*George V. Grainger* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.